FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 15 2005

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

FRIENDS OF THE LAKEVIEW SCHOOL DISTRICT
INCORPORATION NO. 25 OF PHILLIPS COUNTY, et al.                    PLAINTIFF

VS.                              2:04CV00184 GH

MIKE HUCKABEE, in his official capacity as Governor
Of the State of Arkansas                                           DEFENDANT

### PLAINTIFFS' RESPONSE TO MOTION TO DISMISS

Comes now plaintiffs by and through their attorney, J. L. Wilson, and for Plaintiffs' Response to Motion to Dismiss, doth state:

1. Plaintiffs deny the averments and claims of Paragraph 1 of the Defendant's Motion to Dismiss.

2. Plaintiffs deny the averments and claims of Paragraph 2 of the Defendant's Motion to Dismiss.

3. Plaintiffs deny the averments and claims of Paragraph 3 of the Defendant's Motion to Dismiss.

4. Plaintiffs deny the averments and claims of Paragraph 4 of the Defendant's Motion to Dismiss.

5. Plaintiffs deny the averments and claims of Paragraph 5 of the Defendant's Motion to Dismiss.

6. Plaintiffs deny the averments and claims of Paragraph 6 of the Defendant's Motion to Dismiss.

7. Plaintiffs deny the averments and claims of Paragraph 7 of the Defendant's Motion to Dismiss.

24

8. Plaintiffs deny that there are any grounds set up in support of the law governing the constitutional rights asserted by plaintiffs in their cause of action.

WHEREFORE, plaintiffs request that the Defendant's Motion to Dismiss be denied; and for all other relief deemed just and proper by the Court.

Respectfully submitted

_____
J. L. WILSON, ABN 73128
Attorney at Law
521-523 Plaza Street
West Helena, AR 72390
(870) 572-1533

## CERTIFICATE OF SERVICE

I, J. L. Wilson, do hereby certify that I have served a copy of the above and foregoing pleading upon the attorney(s) of record and the court by placing a copy of same in the U.S. Mail, or hand delivered to:

    Ms. Collette Honorable
    Assistant Attorney General
    323 Center Street, Suite 200
    Little Rock, AR 72201

On this 15th day of March, 2005.

_____
J. L. WILSON