IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRIENDS OF THE LAKEVIEW SCHOOL DISTRICT
INCORPORATION NO. 25 OF PHILLIPS COUNTY, ET AL.          PLAINTIFFS

v.                    No. 2:04CV00184 GH

MIKE HUCKABEE, IN HIS OFFICIAL CAPACITY,
AS GOVERNOR OF THE STATE OF ARKANSAS, ET AL.             DEFENDANTS

## ORDER

By order filed on August 26th, the Court denied plaintiffs' motion for preliminary injunction, announced that it was abstaining from further action in this case pending completion of the proceedings before the Arkansas Supreme Court, and removed the case from the September 19th trial calendar. In light of this stay, the Clerk is directed to administratively terminate this action without prejudice pending the conclusion of the ongoing proceedings before the Arkansas Supreme Court. Once those state proceedings have concluded, plaintiffs will have 30 days thereafter to file a motion to reopen this case. The Court retains jurisdiction in this matter.

IT IS SO ORDERED this 26th day of September, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE