FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 17 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

FRIENDS OF THE LAKE VIEW, ET AL.     PLAINTIFF

VS.     No. 2:04CV184 GH

HUCKABEE, ET AL.     DEFENDANTS

## MOTION TO PLACE CAUSE BACK ON ACTIVE DOCKET

Comes the plaintiff by and through their attorney J.L. Wilson and state:

1. That this matter has previously been by order of the court taken off active docket because of ongoing litigations before the Arkansas Supreme Court in the case of Lake View, et al. v. Huckabee, et al.

2. That on December 15, 2005 the Arkansas Supreme Court rendered its latest decision in the above referenced cause.

3. That the decision of the Arkansas Supreme Court on December 15, 2005 did not adjudicate any issues that are substantive to the instant cause.

4. Specifically, the Arkansas Supreme Court in this December 15, 2005 decision made no adjudication regarding Acts 59 and 60 which are the essence of the constitution challenges in the instant lawsuit.

WHEREFORE, plaintiff prays that the court would place this matter as per precedent back on the active docket; expedite discovery by order; grant other relief as necessary.

Respectfully Yours,

*[signature]*

J.L. Wilson-Bar #73-128
521-523 Plaza St.
West Helena, AR 72390
(870) 572-1533 Office
(870) 572-4392 Fax

## CERTIFICATE OF SERVICE

I, J.L. Wilson, do hereby certify that I have served a copy of the above and foregoing pleading upon the attorney of record and the court by placing a copy of same in the U.S. Mail.

> Tim Gaguer
> Senior Assistant Attorney General
> 323 Center St., Suite 200
> Little Rock, AR 72201

On this 13th day of January 2006.

*[signature]*

J.L. WILSON Bar # 73-128
521-523 Plaza Street
West Helena, AR 72390
(870) 572-1533 Office
(870) 572-4392 Fax