IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 2 3 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

FRIENDS OF LAKE VIEW SCHOOL DISTRICT            PLAINTIFFS
INC., NO.25 OF PHILLIPS COUNTY, ET AL

VS.                     2:04CV00184 GH

MIKE HUCKABEE, in his official capacity, as Governor     DEFENDANTS
Of the State of Arkansas, *et al*

## NOTICE OF APPEAL

Notice of Appeal, is hereby given by the Plaintiffs, Friends of Lake View, et al, in the above named case, hereby appeals to the United States Court of Appeals of the 8th Circuit, from the judgment denying their Motion to Disqualify, entered in this action on February 24, 2006.

Respectfully submitted,

_____
J. L. Wilson (Bar #73-128)
Attorney at Law
521-523 Plaza
West Helena, AR 72390

## CERTIFICATE OF SERVICE

I, J. L. Wilson, do hereby certify that I have served a copy of the above and foregoing pleading upon the attorney(s) of record by placing a copy of same in the U.S. mail postage paid addressed to:

Tim Gauger
Senior Assistant Attorney General
323 Center Street
Little Rock, AR. 72301

On this 21st day of March 2006.

J. L. Wilson (Bar #73-128)
521-523 Plaza St.
West Helena, AR 72390
Office 870-572-1533 Fax 870-572-4392
www.attorneyjlwilson@cox-internet.com