# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 10 2006

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

No. 06-1854

In Re:

Friends of Lakeview School District, et al.

2:04 CV00184

Petition for Writ of Mandamus

**JUDGMENT**

Petition for writ of mandamus has been considered by the court and is denied.

(5360-010199)

August 7, 2006

Order Entered at the Direction of the Court:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit.