## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

| | |
|---|---|
| FRIENDS OF LAKEVIEW SCHOOL DISTRICT INCORPORATION NO. 25 OF PHILLIPS COUNTY, ET AL | PLAINTIFFS |
| v.    CASE NO. 2:04CV00184 | |
| MIKE HUCKABEE, ET AL | DEFENDANTS |

## ORDER OF REASSIGNMENT

Due to the death of Judge George Howard, Jr., the Clerk has been delegated the authority to randomly reassign closed civil cases with pending motions that were originally assigned to Judge Howard. Therefore, this case is now reassigned to the docket of Judge **William R. Wilson Jr.**

Dated this 2nd day of July, 2007.

JAMES W. McCORMACK
CLERK OF COURT

By: /s/ Brenda Williams
Deputy Clerk

cc:  Hon. William R. Wilson Jr.
     Courtroom Deputy
     Counsel of Record