IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**FRIENDS OF LAKEVIEW SCHOOL**
**DISTRICT, et al.**                                                                                        **PLAINTIFFS**

**VS.**                                       **2:04CV00184-WRW**

**MIKE HUCKABEE, et al.**                                                                          **DEFENDANTS**

## ORDER

Plaintiff filed a Motion to Strike / Response to Defendants' Supplemental Motion to Dismiss (Doc. No. 79).

The Motion to Strike is DENIED, and the remainder of the brief will be considered a response to Defendants' Supplemental Motion to Dismiss.[1]

IT IS SO ORDERED this 7th day of December, 2007 (Pearl Harbor Day).

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 71.