#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### EASTERN DIVISION

**FRIENDS OF LAKEVIEW SCHOOL**
**DISTRICT INCORPORATION NO. 25**
**OF PHILLIPS COUNTY, et al.**                                                               **PLAINTIFFS**

**v.**                                              **2:04CV00184 WRW**

**MIKE HUCKABEE, et al.**                                                                      **DEFENDANTS**

#### ORDER

Pending is Plaintiffs' Motion to Consolidate (Doc. No. 83).  Defendants have responded (Doc. No. 84).

Defendants' response is well taken.  Accordingly, Plaintiffs' Motion to Consolidate is DENIED.

IT IS SO ORDERED this 14th day of February, 2008.


                                                /s/Wm. R. Wilson, Jr.
                                      UNITED STATES DISTRICT JUDGE