IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**FRIENDS OF LAKEVIEW SCHOOL DISTRICT**
**INCORPORATION NO. 25 OF PHILLIPS COUNTY, et al.**                                    **PLAINTIFFS**

v.                              2:04-CV-00184 WRW

**MIKE HUCKABEE, et al.**
                                                          **DEFENDANTS**

### ORDER

Pending is Defendants' Supplemental Motion to Dismiss (Doc. No. 71).  Plaintiffs have responded (Doc. No. 79).

Plaintiffs filed this case on October 25, 2004.[1]  On September 26, 2005, the Honorable George Howard, Jr. "administratively terminated this action without prejudice pending the conclusion of the ongoing proceedings before the Arkansas Supreme Court."[2]  In May 2007, the Arkansas Supreme Court issued its final decision,[3] and this case was reopened on October 11, 2007.[4]

This case and Defendants' Motion to Dismiss involve issues that were raised before the Honorable Susan Webber Wright in a similar case.[5]  After reviewing the facts of both cases, I believe that Judge Wright's well-reasoned order is on point, and I adopt it in full.

Accordingly, Defendants' Supplemental Motion to Dismiss (Doc. No. 71) is GRANTED, and this case is DISMISSED.

IT IS SO ORDERED this 8th day of April, 2008.

                                                     /s/ Wm. R. Wilson, Jr.
                                                     UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.

[2] Doc. No. 45.

[3] *Lake View School District No. 25 v. Huckabee, et al.*, No. 01-836, 2007 WL 1560547 (E.D. Ark. May 31, 2007).

[4] Doc. No. 70.

[5] *Friends of Eudora Public School District of Chicot County, Arkansas et al. v. Beebe, et al.*, No. 5:06-CV-00044-SWW, 2008 WL 828360 (E.D. Ark. March 25, 2008).