## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**FRIENDS OF LAKEVIEW SCHOOL DISTRICT**
**INCORPORATION NO. 25 OF PHILLIPS COUNTY, et al.**                     **PLAINTIFFS**

**v.**                          **2:04-CV-00184 WRW**

**MIKE HUCKABEE, et al.**                                              **DEFENDANTS**

### ORDER

Plaintiffs' Motion for New Trial (Doc. No. 87) is DENIED.

IT IS SO ORDERED this 21st day of April, 2008.

                                            /s/ Wm. R. Wilson, Jr._____
                                            UNITED STATES DISTRICT JUDGE